IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRAVIS BECK, )<br>　　ID# 1570849　　　　　　　) | | |
| 　　　　Plaintiff, 　　　　　　　 ) | No. 3:10-CV-2392-K | |
| vs. 　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 ) | | |
| DALLAS POLICE DEPARTMENT, )<br>ET AL., 　　　　　　　　　　　　 )<br>　　　　Defendants. 　　　　　　 ) | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections on January 7, 2011, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. Plaintiff's objections filed on January 7, 2011, are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

SIGNED this 7th day of January, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE